# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ELIZABETH MARY HAWES, | Case No. 17-CV-5511 (NEB/SER) |
| Petitioner, | |
| v. | |
| TRACY BELTZ, | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| *Warden of MCF-Shakopee,* | |
| Respondent. | |

The Court has received the January 4, 2019 Report and Recommendation of United States Magistrate Judge Steven Rau. [ECF No. 17.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 17] is ACCEPTED;

2. The Petition for Writ of Habeas Corpus [ECF No. 8] is DENIED; and

3. No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 22, 2019  BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge